**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1295**

---

MICHAEL ROSS,

        Plaintiff - Appellant,

    v.

BLUEFIELD AREA TRANSIT; JOHN REEVES, General Manager,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield.  David A. Faber, Senior District Judge.  (1:23-cv-00425)

---

Submitted:  September 19, 2024          Decided:  September 23, 2024

---

Before NIEMEYER, RICHARDSON, and HEYTENS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael Ross, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Ross appeals the district court's order accepting the recommendation of the magistrate judge as modified and granting Defendants' motion for summary judgment and dismissing Ross' civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Ross v. Bluefield Area Transit*, No. 1:23-cv-00425 (S.D.W. Va. Mar. 29, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*